IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GORDON JAMES, SR., <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:19-CV-2195-S-BH |
| BANK OF AMERICA, N.A., <br> Defendant. | § § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On June 10, 2020, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 29. On July 2, 2020, Plaintiff filed objections. *See* ECF No. 32. On August 19, 2020, the Court entered an order overruling Plaintiff's objections and granting Plaintiff leave to file a proposed amended complaint by September 18, 2020, otherwise the action would be dismissed with prejudice for the reasons set forth in the Magistrate Judge's June 10, 2020, Findings, Conclusions, and Recommendation. *See* ECF No. 38. As of the date of this order, Plaintiff has not filed a proposed amended complaint. Accordingly, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Defendant Bank of America, N.A.'s Motion to Dismiss Plaintiff's Amended Complaint with Incorporated Memorandum of Law [ECF No. 22], filed February 25, 2020, is **GRANTED**. By separate judgment, Plaintiff's claims against Defendant will be **DISMISSED with prejudice**.

**SO ORDERED.**

SIGNED October 8, 2020.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**